UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.N., a minor, by and through CHRISTINE TRUONG, Parent,<br><br>Plaintiff,<br><br>v.<br><br>EL MONTE UNION HIGH SCHOOL DISTRICT; et al.,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No.: 2:18-CV-1582 AB (AFMx)<br><br>AMENDED [~~PROPOSED~~] JUDGMENT<br><br>Complaint Filed: February 27, 2018<br>(Corrected) Counterclaim Filed: March 28, 2018 |

This action came on for hearing before the Court, on June 7, 2019, Honorable André Birotte Jr., District Judge Presiding, on a Motion for Summary Judgment filed by plaintiff D.N., a minor, by and through CHRISTINE TRUONG, Parent ("Plaintiff") and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff takes nothing, that judgment is entered for Defendants Los Angeles Unified School District, El Monte Union High School District, and Birmingham Community Charter High School (collectively referred to as "Defendants"), that the determinations of the ALJs

during OAH proceedings are affirmed, and that the action be dismissed on the merits and that Defendants recover their costs.

Dated: August 12, 2019

_____
HON. ANDRÉ BIROTTE JR.
United States District Judge